

Jonathan M. Bernstein | Partner
Direct 518.935.4240 | jbernstein@goldbergsegalla.com

January

> Application granted. The initial conference scheduled for February 26, 2024 is adjourned to February 27, 2024 at 4:30 p.m. to be held by telephone using the same dial-in instructions previously provided.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         January 25, 2024

*VIA ECF*
Hon. Philip M. Halpern
Unites States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

      **Re:**    **Marc A. Bowman v. Dutchess County Community College**
                **Case No. 23-cv-08482-PMH**

Dear Judge Halpern:

      Goldberg Segalla, LLP, represents defendant Dutchess Community College in the above referenced matter. The initial conference in this matter is scheduled for February 26, 2024. I am out of town that day and request a brief adjournment.

      I have conferred with plaintiff's attorney, Michael Sussman, and he has graciously supplied consent. We are both available February 27, 28 (before 1:00 PM and after 3:00 PM), 29, or March 1.

      Thank you for your courtesies in this matter.

                                                     Respectfully submitted,

                                                     Jonathan M. Bernstein

JMB:aes

cc:
All counsel of record via ECF

**OFFICE LOCATION** 8 Southwoods Boulevard, Suite 300, Albany, NY 12211-2364 | **PHONE** 518-463-5400 | **FAX** 518-463-5420 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLOR DA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
iManage\7265\0246\38488331.v1-11/28/23