# SUSSMAN & ASSOCIATES
## ~Attorneys at Law~

1 Railroad Avenue, Suite 3, P.O. Box 1005, Goshen, New York 10924

**Michael H. Sussman**

**(845) 294-3991 [Tel]**
**(845) 294-1623 [Fax]**
info@sussman.law

**Of Counsel**
**Jonathan R. Goldman**
**Christopher D. Watkins**
**Mary Jo Whateley**

February 6, 2025 – via ECF

Honorable Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: **Bowman v. Dutchess Community College, 23 cv 08482**

Dear Judge Halpern,

    I represent plaintiff in this matter which is scheduled for a pre-motion conference on 20 February 2025 at 10:30 a.m. I have an argument in the Second Department the same morning. Accordingly, and after consultation with defendant's counsel, Jonathan Bernstein, Esq., I respectfully request that our conference convene at 2:00 p.m. on the same day if that is possible. That works for both of us.

    Thank you for your consideration in this regard.

Respectfully submitted,

Michael H. Sussman

cc: Mr. Bernstein via ECF

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION : SECOND DEPARTMENT
CALENDAR FOR: Thursday, February 20, 2025 at 10:00 AM
LOCATION: Brooklyn, NY

Dillon, J.P., Dowling, Warhit and Love, JJ.

| # | Docket | Case | Court | County | J/O | Dated |
|---|--------|------|-------|--------|-----|-------|
| 13 | 2023-01864 | LeBlanc v City of New York | Supreme | Kings | Order | 10/26/2022 |
| 14 | 2023-06435 | Mendez v Joseph | Supreme | Queens | Order | 05/08/2023 |
| 15 | 2024-00754 | Wells Fargo Bank, National Association v Helberg | Supreme | Nassau | Order | 10/11/2023 |
| 16 | 2023-11133 | Matter of Pearl v New York State Unified Court System | Supreme | Westchester | Order | 08/21/2023 |
| 17 | 2023-09699 | Alston v New York City Transit Authority | Supreme | Kings | Order | 09/08/2023 |
|    | 2024-05606 | Alston v New York City Transit Authority | Supreme | Kings | Order | 06/03/2024 |
| 18 | 2024-07291 | Paska v City of New York | Supreme | Queens | Order | 05/22/2024 |
| 19 | 2023-12369 | Batis v 85 Jay Street (Brooklyn), LLC | Supreme | Kings | Order | 12/05/2023 |
| 20 | 2024-06398 | M.J. v City of New York | Supreme | Kings | Order | 05/30/2024 |

```
               SUPREME COURT OF THE STATE OF NEW YORK
                APPELLATE DIVISION : SECOND DEPARTMENT
            CALENDAR FOR: Thursday, February 20, 2025 at 10:00 AM
                        LOCATION: Brooklyn, NY


    Dillon, J.P., Dowling, Warhit and Love, JJ.


    1     2022-08256    People of State of New York v Hizam
    COURT: Supreme         COUNTY:  Kings        J/O: Order         DATED:    09/19/2022

    2     2023-04565    People v Campos, Erick A.
    COURT: County          COUNTY:  Nassau       J/O: Judgment      RENDERED: 10/18/2022

    3     2024-00837    Matter of M. (Anonymous), Moses; Suffolk County Department of Social S
    COURT: Family          COUNTY:  Suffolk      J/O: Order         DATED:    02/14/2024

    4     2021-00711    Sobiech v Dillon
    COURT: Supreme         COUNTY:  Orange       J/O: Order         DATED:    01/19/2021

    5     2021-04720    Sobiech v Dillon
    COURT: Supreme         COUNTY:  Orange       J/O: Order         DATED:    06/17/2021

    6     2022-03224    Waldorf Investments, L.P. v Waldorf
    COURT: Supreme         COUNTY:  Suffolk      J/O: Order         DATED:    03/29/2022

    7     2022-08699    Siino v Little Disciple Learning Center, Inc.
    COURT: Supreme         COUNTY:  Westchester  J/O: Order         DATED:    09/30/2022

    8     2022-07139    MTGLQ Investors, L.P. v Rodgers
    COURT: Supreme         COUNTY:  Queens       J/O: Order         DATED:    06/13/2022

    9     2023-09552    MTGLQ Investors, L.P.  v Rodgers
    COURT: Supreme         COUNTY:  Queens       J/O: Order         DATED:    03/17/2023

    10    2024-02921    Hempstead Classroom Teachers Association v Board of Education of Hemps
    COURT: Supreme         COUNTY:  Nassau       J/O: Order         DATED:    03/12/2024

    11    2023-06286    Citimortgage, Inc. v Hassanin
    COURT: Supreme         COUNTY:  Queens       J/O: Judgment      DATED:    05/16/2023

    12    2022-10379    McEntee v Cricket Valley Energy Center, LLC
    COURT: Supreme         COUNTY:  Dutchess     J/O: Order         DATED:    11/16/2022
```