

Jonathan M. Bernstein | Partner
Direct 518.935.4240 | jbernstein@goldbergsegalla.com

February 27, 2025

**VIA ECF**
Hon. Philip M. Halpern
Unites States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:   **Marc A. Bowman v. Dutchess County Community College**,

23-cv-08482-PMH

Dear Judge Halpern:

Goldberg Segalla, LLP represents Defendant Dutchess Community College (DCC) in the above-referenced matter. Pursuant to the Court's directive during February 24, 2025 conference, I write to inform the Court that DCC is willing to mediate this case before the Magistrate Judge.

I have been advised by DCC to convey that DCC's Board of Trustees will have to approve any settlement after mediation. This point has been conveyed to Mr. Sussman.

Respectfully Submitted,

Jonathan M. Bernstein

JMB:sm

Cc:  All counsel of record via ECF