

**GOLDBERG SEGALLA**

Jonathan M. Bernstein | Partner
Direct 518.935.4240 | jbernstein@goldbergsegalla.com

**VIA ECF**
Hon. Philip M. Halpern
Unites States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

> Application granted. Briefing schedule extended as set forth herein. No further adjournments or extensions are likely to be granted.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        March 7, 2025

Re:    **Marc A. Bowman v. Dutchess County Community College**,

23-cv-08482-PMH

Dear Judge Halpern:

Goldberg Segalla, LLP represents Defendant Dutchess Community College (DCC) in the above-referenced matter. This case was referred to the Magistrate Judge for mediation. The mediation is scheduled for May 8, 2025, 2025 at 9:30 a.m. When setting the briefing dates for the summary judgment motion for defendant's papers the Court set dates (due April 25, plaintiff's opposition May 14 and reply/filing on May 27) in order to accommodate the timing for mediation.

In light of the mediation scheduled during the briefing of the motion, defendant requests a revised briefing schedule so that the time and expense of the motion can be avoided until after the parties have had a chance to mediate. I have consulted with plaintiff's counsel, Michael Sussman, and we agreed to the following, if acceptable to the Court: the motion supplied to plaintiff by June 9, plaintiff's opposition by June 30, reply and filing on by July 11.

The reason for the month lag between the mediation and serving plaintiff with the motion papers is that if the parties are successful at mediation any agreement still needs approval from the DCC's Board of Trustees.

Respectfully Submitted,

Jonathan M. Bernstein

JMB:sm

Cc:  All counsel of record via ECF