UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARC A. BOWMAN,<br><br>                          Plaintiff,<br>v.<br><br>DUTCHESS COMMUNITY COLLEGE,<br><br>                          Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>**Civil Case No.:**<br>**23-CV-08482-PMH** |

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record in the above-entitled action that whereas no party hereto is an infant or incompetent person for whom a committee or a conservatee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued, on the merits and with prejudice without costs to any party as against the other, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

This stipulation may be filed without further notice with the clerk of the Court.

DATED:     Albany, New York
           June 9, 2025

**SUSSMAN & ASSOCIATES**

_____
Michael H. Sussman, Esq. (3497)
*Attorney for Plaintiff*
1 Railroad Avenue, Suite 3
P.O. Box 1005
Goshen, New York 10924
sussman1@sussman.law

**GOLDBERG SEGALLA LLP**

_____
Jonathan M. Bernstein, Esq.   JB1818
*Attorney for Defendant*
8 Southwoods Blvd., Suite 300
Albany, NY 12211
jbernstein@goldbergsegalla.com

51684928.v1